# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PHILLIP SHARPE** | : | No. 09-823-2 |

## O R D E R

**AND NOW,** this 29th day of September, 2015, upon consideration of Defendant Sharpe's Pro Se Motion for a Reduction of Sentence pursuant to 18 U.S. C. §3582(c)(2) and Amendment 782 to the Sentencing Guidelines (Doc. No. 105), and the Government's Response (Doc. No. 107) thereto, it is hereby **ORDERED** that the Motion (Doc. No. 105) is **DENIED** for the reasons set forth in the Government's Response, in particular, because at Mr. Sharpe's sentencing hearing the sentence the Court determined Mr. Sharpe had earned was calculated as starting with 36 months which was itself 34 months below what was then the very bottom of the guideline range and is now 21 months below the very bottom of the guideline range calculated under Amendment 782; accordingly, Mr. Sharpe is not entitled to any further reduction, all in keeping with Guideline Section 1B1.10.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge